FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0324

_____

COTTONWOOD ENVIRONMENTAL LAW
CENTER; LIZ AMETSBOSCHLER; DANNY
CHORIKI; JEREMY DRAKE; AVIV GUSCIO;
KATIE HARRISON; YOUPA STEIN; MARY
STRANAHAN; JANS SWANSON and THOMAS
WALDORF,

      Plaintiffs and Appellees,

v.

STATE OF MONTANA,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2024